IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED, et al.,

        Plaintiffs,

  v.

NANYA TECHNOLOGY CORP., et al.,

        Defendants.
                                     /

No. C 06-06613 CW

**CORRECTED**
CASE MANAGEMENT
SCHEDULING ORDER FOR
REASSIGNED CIVIL
CASE

    This action having been reassigned to the undersigned judge,

    IT IS HEREBY ORDERED that a Case Management Conference will be held on **February 2, 2007, at 10:00 a.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  Pursuant to Civil L.R. 16-9(a), a joint Case Management Statement will be due seven (7) days prior to the conference (see Appendix A to Civil Local Rules).  A hearing on Defendant Nanya Technology Corporation's Motion to Dismiss for Insufficient Service of Process, or Alternatively, to Quash Service of Process and Motion to Dismiss, Transfer, or Stay Case will also be held on February 2, 2007, at 10:00 a.m.  Opposition to the motions will be due January 12, 2007, and any reply will be due January 19, 2007.

    Plaintiff is directed to serve a copy of this Order at once on

1  all parties to this action in accordance with the provisions of Rule
2  5 of the Federal Rules of Civil Procedure.  Following service, the
3  party causing the service shall file a certificate of service with the
4  Clerk of Court.
5       This case has been designated for the Court's Electronic Case
6  Filing (ECF) Program.  Pursuant to General Order 45, each attorney of
7  record is obligated to become an ECF user and be assigned a user ID
8  and password for access to the system.  All documents required to be
9  filed with the Clerk shall be filed electronically on the ECF website,
10 except as provided otherwise in section VII of General Order 45 or
11 authorized otherwise by the court.
12      IT IS SO ORDERED.

14 Dated: November 29, 2006

   *Claudia Wilken*
   _____
   CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

## NOTICE

Criminal Law and Motion calendar is conducted on Mondays at 2:00 p.m. (in custody) and 2:30 p.m. (not in custody).  Civil Law and Motion calendar is conducted on Fridays at 10:00 a.m.  Case Management Conferences and Pretrial Conferences are conducted on Fridays at 1:30 p.m.  Order of call is determined by the Court.  Counsel need not reserve a hearing date for civil motions; however, counsel are advised to check the legal newspapers or the Court's website at www.cand.uscourts.gov for unavailable dates.

Motions for Summary Judgment:  All issues shall be contained within one motion and shall conform with Civil L.R. 7-2.  Separate statements of undisputed facts in support of or in opposition to motions for summary judgment will not be considered by the Court.  (See Civil Local Rule 56-2(a)).  All briefing on motions for summary judgment must be included in the memoranda of points and authorities in support of, opposition to, or reply to the motion, and must comply with the page limits of Civil Local Rule 7-4.  The memoranda should include a statement of facts supported by citations to the declarations filed with respect to the motion.  Cross or counter-motions shall be contained within the opposition to any motion for summary judgment and shall conform with Civil L.R. 7-3.  The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a surreply to the cross or counter-motion.

All DISCOVERY MOTIONS are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

(rev. 5/11/05)