Martin C. Fliesler (SBN 073768) mcf@fdml.com
Rex Hwang (SBN 221079) rhwang@fdml.com
Justas Geringson (SBN 240182) jgeringson@fdml.com
FLIESLER MEYER LLP
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 362-3800
Facsimile: (415) 362-2928

Michael W. Shore (*Pro Hac Vice*) mshore@shorechan.com
Alfonso Chan (*Pro Hac Vice*) achan@shorechan.com
Joseph F. DePumpo (*Pro Hac Vice*) jdepumpo@shorechan.com
Martin Pascual (*Pro Hac Vice*) mpascual@shorechan.com
Justin B. Kimble (*Pro Hac Vice*) jkimble@shorechan.com
Jennifer Murphy (*Pro Hac Vice*) jmurphy@shorechan.com
SHORE CHAN BRAGALONE, LLP
325 N. St. Paul St. Suite 4350
Dallas, TX 75201
Telephone: (214) 593-6110
Facsimile: (214) 593-6111

Attorneys for Defendants and Counterclaim-Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Plaintiffs and Counterclaim-Defendants,<br><br>vs.<br><br>NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Defendants and Counterclaim-Plaintiffs. | Action No. C06-06613 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FIRST SUPPLEMENTAL PATENT LOCAL RULE 3-1 DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS**<br><br>Date: May 17, 2007<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor |

FLIESLER
MEYER LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FIRST
SUPPLEMENTAL PATENT LOCAL RULE 3-1 DISCLOSURE OF ASSERTED CLAIMS AND
PRELIMINARY INFRINGEMENT CONTENTIONS
Action No. C06-06613 CW

1

Before this Court is Defendants/Counterclaim-Plaintiffs' (hereinafter "NTC") Motion to Strike Plaintiffs' First Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions.

After considering all the relevant papers on file with the Court and the arguments of counsel, the Court hereby GRANTS Defendants' Motion to Strike Plaintiffs' First Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions and ORDERS that Plaintiffs' First Supplemental Patent Local Rule 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions be stricken.

IT IS SO ORDERED, this _____ day of _____, 2007.

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

FLIESLER
MEYER LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FIRST SUPPLEMENTAL PATENT LOCAL RULE 3-1 DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS
Action No. C06-06613 CW

2