1   Martin C. Fliesler (SBN 073768) mcf@fdml.com
    Rex Hwang (SBN 221079) rhwang@fdml.com
2   Justas Geringson (SBN 240182) jgeringson@fdml.com
    FLIESLER MEYER LLP
3   650 California Street, 14th Floor
4   San Francisco, CA 94108
    Telephone:     (415) 362-3800
5   Facsimile:     (415) 362-2928

6
    Michael W. Shore (*Pro Hac Vice*) mshore@shorechan.com
7   Alfonso Chan (*Pro Hac Vice*) achan@shorechan.com
    Joseph F. DePumpo (*Pro Hac Vice*) jdepumpo@shorechan.com
8   Martin Pascual (*Pro Hac Vice*) mpascual@shorechan.com
9   Justin B. Kimble (*Pro Hac Vice*) jkimble@shorechan.com
    Jennifer Murphy (*Pro Hac Vice*) jmurphy@shorechan.com
10  SHORE CHAN BRAGALONE, LLP
    325 N. St. Paul St. Suite 4450
11  Dallas, TX 75201
12  Telephone:     (214) 593-9110
    Facsimile:     (214) 593-9111
13
14  Attorneys for Defendants and Counterclaim-Plaintiffs Nanya Technology Corp. and
    Nanya Technology Corp. U.S.A.

15

16                  **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18                        **OAKLAND DIVISION**

19
    FUJITSU LIMITED and FUJITSU                )   Action No. C06-06613 CW
20  MICROELECTRONICS AMERICA, INC.             )
                                               )   **STIPULATION AND ORDER TO**
21                Plaintiffs and               )   **UNIFY DEADLINES UNDER**
22                Counterclaim-Defendants,     )   **PATENT LOCAL RULES**
            vs.                                )   **4-1 AND 4-2.**
23                                             )
    NANYA TECHNOLOGY CORP. and NANYA           )
24  TECHNOLOGY CORP. U.S.A.                     )
                                               )
25                Defendants and              )
                  Counterclaim-Plaintiffs.     )
26  _____

27

28

**FLIESLER**   **STIPULATION AND [PROPOSED] ORDER TO UNIFY DEADLINES UNDER**                    1
**MEYER LLP**  **PATENT LOCAL RULES 4-1 AND 4-2**
               Action No. C06-06613 CW

1    WHEREAS there are eighteen United States patents at issue between the parties in this case;

2    WHEREAS the patents were introduced into this lawsuit in different pleadings and at

3    different times, and the schedule for performance under the Patent Local Rules is not the same for all

4    patents-in-suit;

5    WHEREAS the parties seek to have a schedule for performance under Patent Local Rules 4-

6    1 and 4-2 that unifies the deadlines for compliance for all patents-in-suit;

7

8    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties hereto, by their

9    respective counsel, that the Parties shall comply with Patent L.R. 4-1(a) by May 25, 2007, and with

10   Patent L.R. 4-2(a) by June 14, 2007, for all patents-in-suit.

11

12   Dated:  April 17, 2007

13   By: ___/s/ Martin C. Fliesler_____          By: _____/s/  Michael M. Murray_____
          FLIESLER MEYER LLP                              MILBANK, TWEED, HADLEY & McCLOY LLP
14        Martin C. Fliesler (SBN 073768)                 Gregory Evans (SBN 147623)
          Rex Hwang (SBN 221079)                          Chris L. Holm (*Pro Hac Vice*)
15        Justas Geringson (SBN 240182)                   Christopher E. Chalsen (*Pro Hac Vice*)
                                                          Michael M. Murray (*Pro Hac Vice*)
16        SHORE CHAN BRAGALONE, LLP                       Lawrence T. Kass (*Pro Hac Vice*)
17        Michael Shore (*Pro Hac Vice*)
          Alfonso Chan (*Pro Hac Vice*)                   Attorneys for Plaintiffs and Counter-Defendants
18        Joseph F. DePumpo (*Pro Hac Vice*)              Fujitsu Limited and
          Martin Pascual (*Pro Hac Vice*)                 Fujitsu MicroElectronics America, Inc.
19        Justin B. Kimble (*Pro Hac Vice*)
          Jennifer Murphy (*Pro Hac Vice*)
20

21

22        Attorneys for Defendants and
          Counterclaim-Plaintiffs
23        Nanya Technology Corp. and
          Nanya Technology Corp. U.S.A.
24

25   **IT IS SO ORDERED**

26
                 4/19/07
27   DATED: _____          _____
                                             HONORABLE CLAUDIA WIILKEN
28                                           United States District Court Judge

FLIESLER
MEYER LLP  **STIPULATION AND [PROPOSED] ORDER TO UNIFY DEADLINES UNDER**                    2
           **PATENT LOCAL RULES 4-1 AND 4-2**
           Action No. C06-06613 CW