# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER



FILED
JUL 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

**C 06-06613 CW**    Fujitsu Limited et al v. Nanya Technology Corp. Et al

**C 07-03672 JL**    Nanya Technology Corp. Et al v. Fijitsu Limited et al

I find that the above case is related to the case assigned to me. _CW_

## ORDER

Counsel are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge ("CW") immediately after the case number. **All case management dates set in C-06-06613 shall apply to C-07-03672.**

Dated: JUL 27 2007    _/s/ Claudia Wilken_
Judge Claudia Wilken

-1-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____   **By:** _____
**Deputy Clerk**

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____(date)