UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED, ET AL., | Case No. C-06-06613 CW (JCS) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING JANUARY 4, 2008 JOINT LETTER AND JANUARY 11, 2008 LETTER [Docket Nos. 176 and 188]** |
| NANYA TECHNOLOGY CORPORATION, ET AL., | |
| Defendant(s). | |

On January 4, 2008, the parties filed a Joint Letter Brief regarding discovery [Docket No. 176]. Counsel for Defendants also filed a Letter on January 11, 2008 [Docket No. 188].

On January 11, 2008, the Court held a telephonic hearing. Michael Murray, Christopher Chalsen, and Blake Reese, counsel for Plaintiffs, appeared. Michael Shore and John Patti, counsel for Defendants, appeared.

For reasons stated on the record, IT IS HEREBY ORDERED THAT:

1. At all depositions, no counsel shall interpose any speaking objections, and no instruction not to answer shall be given except on the basis of attorney-client privilege, work product, or that the question is not within the scope of the Rule 30(b)(6) deposition notice.

2. Parties may bring to the Court's attention the harassment of any witnesses at a deposition.

3. With respect to the January 4, 2008 Joint Letter Brief, the Court issues a partial ruling as to time limits on the Rule 30(b)(6) depositions. Each side shall have a total of forty (40) hours for all Rule 30(b)(6) depositions, absent court order or stipulation of

the parties. If a party is a percipient witness and the deposition of that party requires an interpreter, nine (9) hours shall be allowed for the deposition instead of seven (7) hours. Inventor witness depositions that require interpreters may take up to fourteen (14) hours instead of seven (7) hours. For every hour of 30(b)(6) deposition testimony that requires an interpreter, the deposing party shall be entitled to an additional twenty (20) minutes of Rule 30(b)(6) deposition testimony.

IT IS HEREBY FURTHER ORDERED that lead trial counsel for Plaintiffs and lead trial counsel for Defendants shall meet and confer **in person** in Judge Spero's jury room to resolve the remaining discovery issues addressed in the January 4, 2008 Joint Letter Brief. The parties shall contact Judge Spero's Courtroom Deputy, Karen Hom, at (415) 522-2035 regarding the date and time of that meeting.

IT IS SO ORDERED.

Dated: January 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge