See Signature Page for List of Attorneys for Defendants and Counterclaim-Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

ORIGINAL FILED
JAN 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>*Plaintiffs and Counterclaim-Defendants,*<br><br>vs.<br><br>NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>*Defendants, Counterclaim-Plaintiffs and Third-Party Plaintiffs.*<br><br>vs.<br><br>KLA-TENCOR CORP.<br><br>*Third-Party Defendant.* | Action No. 4:06-06613 (CW)<br>Action No. 4:07-03672 (CW)<br><br>**DEFENDANTS, COUNTERCLAIM-PLAINTIFFS AND THIRD-PARTY PLAINTIFFS NANYA TECHNOLOGY CORP., AND NANYA TECHNOLOGY CORP., U.S.A.'S THIRD-PARTY COMPLAINT FOR INDEMNIFICATION AND DEFENSE; DEMAND FOR JURY TRIAL; CERTIFICATE OF INTERESTED PARTIES**<br><br>**Honorable Claudia Wilken** |

Defendants, Counterclaim-Plaintiffs and Third-Party Plaintiffs Nanya Technology Corporation and Nanya Technology Corporation U.S.A. hereby file this third-party complaint against Third-Party Defendant KLA-Tencor Corp. and allege as follows:

### NATURE OF THIS ACTION

1.     This is an action for indemnification and defense against claims brought by Plaintiffs and Counterclaim-Defendants alleging infringement of U.S. Patent No. 6,104,486 ("486

patent") in the present action.

## THE PARTIES

2. Nanya Technology Corp. ("NTC") is a corporation organized and existing under the laws of Taiwan and that it has a principal place of business at Hwa-Ya Technology Park 669, Fu Hsing 3rd Road, Kueishan, Taoyuan, Taiwan, Republic of China.

3. Nanya Technology Corp. U.S.A. ("NTC USA") is a corporation organized and existing under the laws of the State of California, has a principal place of business at 5104 Old Ironsides Dr., Suite 113, Santa Clara, California 95054, and is a wholly-owned subsidiary of NTC.

4. On information and belief, KLA-Tencor Corp. ("KLA-Tencor") is a manufacturer of semiconductor equipment incorporated in Delaware with its principal place of business in San Jose, California that may be served by its registered agent, Brian Martin, One Technology Drive, Building One, Milpitas, California 95035.

## JURISDICTION AND VENUE

5. This action originally arose under the Patent Laws of the United States, Title 35 of the United States Code, the Declaratory Relief Act, and the laws of California. The Court originally had subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a). The Court further has supplemental jurisdiction under 28 U.S.C. § 1367(a) because the claims against Third-Party Defendant are so related to the subject matter of Plaintiffs' claims against Defendants and Third-Party Plaintiffs that they form part of the same case and controversy. In particular, Plaintiffs' base their claim of infringement of the '486 patent upon Nanya's use of KLA-Tencor's allegedly infringing product. Additionally, the Court has subject matter jurisdiction under 28 USC § 2201(a), which confers jurisdiction over declaratory judgment actions.

6. On information and belief, Third-Party Defendant conducts business in California by making and selling products to customers in California, including the products Plaintiffs accuse of infringing the '486 patent. This Court has personal jurisdiction over Third-Party Defendant.

7. Venue is proper in this judicial district under 28 U.S.C. § 1391 and 28 U.S.C. § 1400.

## GENERAL ALLEGATIONS

8. The action *Nanya Technology Corp. and Nanya Technology Corp. U.S.A. v. Fujitsu Ltd. and Fujitsu Microelectronics America, Inc.*, Civil Action No. 06-00025, was filed on September 13, 2006 in the U.S. District Court of Guam ("Guam Action"). The action *Fujitsu Ltd. and Fujitsu Microelectronics America, Inc. v. Nanya Technology Corp. and Nanya Technology Corp. U.S.A.*, Civil Action No. C06-06613 CW, was filed on October 24, 2006 in the U.S. District Court for the Northern District of California (the "California Action"). The Guam Action and the California Action have been consolidated into the present action.

9. In the present action, Fujitsu Ltd. and Fujitsu Microelectronics America, Inc. (collectively "Fujitsu") have accused NTC and NTC USA of infringing the '486 patent by using and by importing into the U.S. products made with a product manufactured by KLA-Tencor, namely KLA-Tencor's Spectra CD Measurement System.

10. Upon information and belief, KLA-Tencor has agreed to indemnify NTC and NTC USA against Fujitsu's '486 patent infringement claims.

11. Upon information and belief, KLA-Tencor has agreed to defend and pay for the defense of NTC and NTC USA against Fujitsu's '486 patent infringement claims.

12. Upon information and belief, KLA-Tencor has agreed to provide NTC and NTC USA the right use products manufactured by KLA-Tencor, including KLA-Tencor's Spectra CD Measurement System, free of third-party infringement claims, including Fujitsu's '486 patent infringement claims.

## COUNT 1: CLAIM FOR DECLARATORY RELIEF

13. The allegations set forth in paragraphs 1-12 are incorporated by reference as if fully set forth herein.

14. An actual case and controversy has arisen and now exists between NTC and NTC USA and KLA-Tencor over:

    (a) Whether as between NTC and NTC USA and KLA-Tencor, responsibility for damages, if any, claimed by Fujitsu relative to the '486 patent rests entirely or in part on KLA-Tencor; and

Fliesler Meyer LLP

THIRD-PARTY COMPLAINT FOR INDEMNIFICATION AND DEFENSE
Action No. 06-06613 CW                                           -3-

(b)   Whether as a result, KLA-Tencor is obligated to defend, reimburse, and partially or fully indemnify NTC and NTC USA for any sums they may be compelled to pay as a result of any damages, by judgment or other recovery by Fujitsu against NTC and NTC USA, and for attorneys' fees and expenses incurred by NTC and NTC USA in defending against Fujitsu's '486 patent infringement claims.

15.   NTC and NTC USA seek a judicial determination and declaration that:

(a)   KLA-Tencor is responsible to indemnify NTC and NTC USA for damages, if any, awarded to Fujitsu regarding the '486 patent; and

(b)   KLA-Tencor is obligated to defend, reimburse, and fully indemnify NTC and NTC USA for any sums they may be compelled to pay as a result of any damages, by judgment or other recovery by Fujitsu against NTC and NTC USA, and for attorneys' fees and expenses incurred by NTC and NTC USA in defending against Fujitsu's '486 patent infringement claims.

## COUNT 2: CLAIM FOR EQUITABLE INDEMNITY

16.   The allegations set forth in paragraphs 1-15 are incorporated by reference as if fully set forth herein.

17.   KLA-Tencor is responsible for any damages and liability resulting from Fujitsu's '486 patent infringement claims, if NTC and/or NTC USA are found liable to Fujitsu for infringement of the '486 patent.

18.   NTC and NTC USA are entitled to indemnification from KLA-Tencor for any liability NTC and/or NTC USA incurs, including attorneys' fees and expenses, if NTC and/or NTC USA are required to pay Fujitsu, by settlement, by judgment or pursuant to any other damage award against NTC and/or NTC USA.

## PRAYER FOR RELIEF

WHEREFORE, NTC and NTC USA pray for judgment as follows:

Fliesler Meyer LLP

THIRD-PARTY COMPLAINT FOR INDEMNIFICATION AND DEFENSE
Action No. 06-06613 CW                          -4-

a. For a judicial determination of KLA-Tencor's responsibility to defend and indemnify, and liability for damages alleged by Fujitsu involving the '486 patent, if any are found to exist;

b. For costs of suit, including attorneys' fees and expenses, incurred by NTC and NTC USA in defending and counterclaiming against Fujitsu's '486 patent infringement claims;

c. For costs of suit, including attorneys' fees and expenses, incurred by NTC and NTC USA in bringing and prosecuting this Third-Party Complaint; and

d. For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Dated: January 23, 2008         By: *[signature]*

FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
Justas Geringson (SBN 240182)
650 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 362-3800
Facsimile: (415) 362-2928

SHORE CHAN BRAGALONE LLP
Michael W. Shore *(Pro Hac Vice)*
Alfonso Garcia Chan *(Pro Hac Vice)*
Jeffrey R. Bragalone *(Pro Hac Vice)*
Joseph F. DePumpo *(Pro Hac Vice)*
Justin B. Kimble *(Pro Hac Vice)*
Sherry L. Talton *(Pro Hac Vice)*
325 N. St. Paul Street, Suite 4450
Dallas, TX 75201
Telephone: (214) 593-9110
Facsimile: (214) 593-9111

Attorneys for Defendants and Counterclaim-Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

## JURY DEMAND

In accordance with Federal Rules of Civil Procedure 38 and 39, and Civil L.R. 3-6, Defendants and Counterclaim-Plaintiffs Nanya Technology Corporation and Nanya Technology Corporation U.S.A. hereby assert their rights under the Seventh Amendment of the U.S. Constitution and demand a trial by jury on all issues so triable.

Respectfully Submitted,

Dated: January 23, 2008        By: _/s/ Rex Hwang_

FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
Justas Geringson (SBN 240182)
650 California Steet, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 362-3800
Facsimile:  (415) 362-2928

SHORE CHAN BRAGALONE, LLP
Michael W. Shore (*Pro Hac Vice*)
Alfonso Garcia Chan (*Pro Hac Vice*)
Jeffrey R. Bragalone (*Pro Hac Vice*)
Joseph F. DePumpo (*Pro Hac Vice*)
Martin Pascual (*Pro Hac Vice*)
Justin B. Kimble (*Pro Hac Vice*)
Sherry L. Talton (*Pro Hac Vice*)
325 N. St. Paul St. Suite 4450
Dallas, TX 75201
Telephone:  (214) 593-9110
Facsimile:  (214) 593-9111

Attorneys for Defendants, Counterclaim Plaintiffs and Third-Party Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

In accordance with Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnership, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

Nanya Technology Corp., Nanya Technology Corp. U.S.A., and Formosa Plastics Group, a Taiwanese company that is the parent corporation of Nanya Technology Corp.

Respectfully Submitted,

Dated: January 23, 2008            By: _____

FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
Justas Geringson (SBN 240182)
650 California Street, 14th Floor
San Francisco, CA 94111
Telephone:   (415) 362-3800
Facsimile:   (415) 362-2928

SHORE CHAN BRAGALONE, LLP
Michael W. Shore (*Pro Hac Vice*)
Alfonso Garcia Chan (*Pro Hac Vice*)
Jeffrey R. Bragalone (*Pro Hac Vice*)
Joseph F. DePumpo (*Pro Hac Vice*)
Martin Pascual (*Pro Hac Vice*)
Justin B. Kimble (*Pro Hac Vice*)
325 N. St. Paul St. Suite 4450
Dallas, TX 75201
Telephone:   (214) 593-9110
Facsimile:   (214) 593-9111

Attorneys for Defendants and
Counterclaim Plaintiffs
Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.