1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Robert M. Harkins (SBN 179525)
   harkinsr@howrey.com
4  Vinay V. Joshi (SBN 213487)
   joshiv@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Defendants. | Case No. 4:06-06613 (CW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND CROSS-DEFENDANT'S TIME TO RESPOND TO OR ANSWER CROSS-PLAINTIFFS' COMPLAINT** |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Cross-Plaintiffs,<br><br>vs.<br><br>KLA-TENCOR CORP.<br><br>Cross-Defendant. | |

WHEREAS, Third-Party Plaintiffs Nanya Technology Corp. and Nanya Technology Corp. U.S.A. (the "Third-Party Plaintiffs") served the Complaint in this action on Third-Party Defendant KLA-Tencor Corp. (the "Third-Party Defendant") on January 28, 2008;

WHEREAS Third-Party Plaintiffs have agreed to an extension of time of three weeks for Third-Party Defendant to answer or otherwise respond to the Complaint;

WHEREAS Third-Party Defendant agrees to provide input to the joint case management conference statement to be filed on February 26, 2008 and be present at the Court's case management conference on March 4, 2008 even though no responsive pleading may yet filed to the Third-Party Complaint at that time;

NOW THEREFORE, the parties hereby stipulate and agree as follows:

Third-Party Defendant KLA-Tencor Corp. shall have until March 11, 2008 to answer or otherwise respond to Plaintiff's Complaint.

DATED: February 19, 2008         SHORE CHAN BRAGALONE LLP

By: /s/                         .
Alfonso G Chan
Counsel for Third-Party Plaintiffs
Nanya Technology Corp. and
Nanya Technology Corp. U.S.A.

DATED: February 19, 2008         HOWREY LLP

By: /s/                         .
Robert M. Harkins
Counsel for Third-Party Defendant
KLA-Tencor Corp.

THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

Dated:    3/6/08

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE