UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

**C 06-06613 CW**     **Fujitsu Limited et al v. Nanya Technology Corp. et al**

**C 08-01254 PVT**     **KLA-Tencor Corporation v. Fujitsu Limited et al**

I find that the above case is related to the case assigned to me. __CW__

ORDER

Counsel are instructed that all future filings in the reassigned case are to bear the initials of the newly assigned judge (**"CW"**) immediately after the case number. **The dates previously set in the Minute Order and Case Management Order filed on March 13, 2008 (copy attached) in related case C-06-6613 CW shall also apply in the newly assigned case.**

Dated: 3/14/08

*Claudia Wilken*

Judge Claudia Wilken

-1-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 3/17/08

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: 3/17/08 a (date)