IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED, a Japanese corporation, and FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NANYA TECHNOLOGY CORP., a Taiwanese corporation, and NANYA TECHNOLOGY CORP., U.S.A., a California corporation,<br><br>　　　　Defendants. | No. C 06-6613 CW<br><br>ORDER CONCERNING APRIL 3, 2008 HEARING |

　　The Court has taken under submission Fujitsu's motion to dismiss Nanya's declaratory judgment counterclaims. Because these claims relate to Nanya's antitrust case, in lieu of dismissing them, the Court is considering the possibility of staying further proceedings concerning them until the parties' infringement claims have been resolved and Nanya's antitrust claims are ready to proceed.

　　A hearing on Nanya's motion for leave to amend its answer is currently scheduled for April 3, 2008 at 2:00 p.m. At that hearing, the parties should be prepared to give their views on a stay of the declaratory judgment proceedings.

　　The parties should also be prepared to discuss at the hearing

the nominees for the Court-appointed expert in this case. KLA-Tencor must attend the hearing so that it may present its views.

IT IS SO ORDERED.

Dated: 3/25/08

CLAUDIA WILKEN
United States District Judge