IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED, a Japanese corporation, and FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>NANYA TECHNOLOGY CORP., a Taiwanese corporation, and NANYA TECHNOLOGY CORP., U.S.A., a California corporation,<br><br>          Defendants.<br>_____/ | No. C 06-6613 CW<br><br>ORDER DENYING FUJITSU'S MOTION TO DISMISS NANYA'S COUNTERCLAIMS AND STAYING PROCEEDINGS CONCERNING THOSE COUNTERCLAIMS |

     Fujitsu moves to dismiss Nanya's counterclaims for a declaration of noninfringement and invalidity with respect to ten of Fujitsu's patents.  In support of this motion, Fujitsu has filed a covenant not to sue Nanya for infringement of those patents.  However, the covenant is contingent on Nanya satisfying a number of conditions, including a condition that Nanya not seek re-examination of any Fujitsu patent in the U.S. Patent and Trademark Office.  Because of these conditions, the covenant is not sufficient to eliminate the controversy between the parties, and

thus it does not strip the Court of jurisdiction over the declaratory judgment counterclaims.  See Caraco Pharm. Labs., Ltd. v. Forest Labs., Inc., __ F.3d __, 2008 WL 850330, at *12-*14 (Fed. Cir. 2008) (involving an unconditional and irrevocable covenant not to sue).  Nor will the Court decline to exercise its jurisdiction over the counterclaims.

Instead, because Nanya's declaratory judgment counterclaims relate primarily to its antitrust claims against Fujitsu, and because proceedings concerning those antitrust claims have been stayed pending a resolution of the parties' infringement claims, the Court hereby similarly stays all proceedings regarding the declaratory judgment counterclaims.  These counterclaims will be adjudicated during the antitrust portion of this case.

IT IS SO ORDERED.

Dated: 4/8/08

_____
CLAUDIA WILKEN
United States District Judge

2