IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED, a Japanese corporation, and FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>NANYA TECHNOLOGY CORP., a Taiwanese corporation, and NANYA TECHNOLOGY CORP., U.S.A., a California corporation,<br><br>    Defendants.<br>_____/ | No. C 06-6613 CW<br><br>ORDER CONCERNING COURT-APPOINTED EXPERT |

    The Court has designated Dr. Hodges as the Court-appointed expert for all of the patents at issue in this lawsuit. This order is subject to reconsideration only if Dr. Hodges has a conflict. The parties shall, within two days of this order, jointly file: 1) a proposed order instructing Dr. Hodges as to his duties in connection with this case;[1] and 2) a list of questions for Dr. Hodges concerning any possible conflict he may have. If the

---

[1] The Court is aware that Nanya objects to the appointment of Dr. Hodges, and it will not interpret Nanya's consent to a joint proposed order instructing Dr. Hodges as waiving its objection.

parties are unable to agree upon a list of questions, they may file separate lists. The questions may not address the '486 patent or Dr. Hodges' qualifications to serve as an expert; the Court has already determined that Dr. Hodges is qualified.

The Court is in receipt of several letters between counsel for the parties concerning Dr. Hodges. Counsel are ordered not to file any further correspondence with the Court or to send the Court courtesy copies of any such correspondence. If any party wishes to obtain relief from the Court, it must file a properly noticed motion.

IT IS SO ORDERED.

Dated: 4/8/08

CLAUDIA WILKEN
United States District Judge