1 | Henry C. Bunsow (SBN 060707)
bunsowh@howrey.com
2 | K.T. Cherian (SBN 133967)
cheriank@howrey.com
3 | Robert M. Harkins, Jr. (SBN 179525)
harkinsr@howrey.com
4 | Vinay V. Joshi (SBN 213487)
joshiv@howrey.com
5 | HOWREY LLP
525 Market Street, Suite 3600
6 | San Francisco, California  94105
Telephone:  (415) 848-4900
7 | Facsimile:  (415) 848-4999

8 | Attorneys for Third-Party
KLA-Tencor Corporation

9 |                     UNITED STATES DISTRICT COURT

10 |                   NORTHERN DISTRICT OF CALIFORNIA

11 |                           OAKLAND DIVISION

12 | FUJITSU LIMITED and FUJITSU

13 | MICROELECTRONICS AMERICA, INC.

| Case No. 4:06-CV-06613 (CW) (JCS)
                4:07-CV-03672 (CW)
                4:08-CV-01254 (CW)

14 |                    Plaintiffs,

| **STIPULATED MOTION AND ORDER TO**
**ADD KLA-TENCOR AS A PARTY TO THE**
15 |          vs.

| **PROTECTIVE ORDER**

16 | NANYA TECHNOLOGY CORP. and NANYA
TECHNOLOGY CORP. U.S.A.

| **Date: (none)**
17 |                    Defendants.

| **Time:**
| **Location: Courtroom 2, 4th Floor**
18 | NANYA TECHNOLOGY CORP. and NANYA
TECHNOLOGY CORP. USA

19 |

20 |               Third-Party Plaintiff,

21 |          vs.

22 | KLA-TENCOR CORPORATION,

23 |

24 |               Third-Party Defendant.

25 |

26 |

27 |

28 |

STIPULATED MTN & [PROPOSED] ORDER TO ADD
KLA-TENCOR TO THE PROTECTIVE ORDER
Case Nos. 4:06-CV-06613, 4:07-CV-03672, 4:08-CV-01254 (CW)

DM_US:21190702_1

1    Cross-Defendant KLA-Tencor Corporation ("KLA-Tencor"), Plaintiffs Fujitsu Limited and

2   Fujitsu Microelectroincs America, Inc., and Defendants Nanya Technology Corp. and Nanya

3   Technology Corp. USA hereby stipulate and agree that KLA-Tencor shall be added as a Party to the

4   protective order in this case (Dkt. No. 77).

5

6   DATED: April 25, 2008              HOWREY LLP

7                                      By: /s/                         .
                                       Robert M. Harkins
8                                      Counsel for Third-Party Defendant
                                       KLA-Tencor Corp.
9

10  DATED: April 25, 2008              MILBANK, TWEED, HADLEY & MCCLOY LLP

11                                     By: /s/                         .
                                       Michael M. Murray
12                                     Counsel for Plaintiffs Fujitsu Limited and
                                       Fujitsu Microelectronics America, Inc.
13

14

15  DATED: April 25, 2008              SHORE CHAN BRAGALONE LLP

16                                     By: /s/                         .
                                       Alfonso G Chan
17                                     Counsel for Third-Party Plaintiffs
                                       Nanya Technology Corp. and
18                                     Nanya Technology Corp. U.S.A.

19

20  PER STIPULATION, IT IS SO ORDERED.

21  Dated:  4/30/08

22                                     _____

23                                     HONORABLE CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

HOWREY LLP   STIPULATED MTN & [PROPOSED] ORDER TO ADD      1
KLA-TENCOR TO THE PROTECTIVE ORDER
Case Nos. 4:06-CV-06613, 4:07-CV-03672, 4:08-CV-01254 (CW))

DM_US:21190702_1