UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and<br>FUJITSU MICROELECTRONICS<br>AMERICA, INC.,<br><br>    *Plaintiffs and*<br>    *Counterclaim-Defendants*,<br><br>-against-<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>    *Defendants and*<br>    *Counterclaim-Plaintiffs*. | Case No.  4:06-CV-06613 (CW) (JCS)<br>             4:07-CV-03672 (CW)<br>             4:08-CV-01254 (CW)<br><br>**ORDER EXTENDING DUE DATE FOR COURT-APPOINTED EXPERT WITNESS MATERIALS TO JUNE 2, 2008**<br><br>Date:     (none)<br>Time:<br>Location: |
| NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>    *Third-Party Plaintiff*,<br><br>-against-<br><br>KLA-TENCOR CORPORATION,<br><br>    *Third-Party Defendant*. | |

On this date, the Court considered the Stipulation Concerning Extension of Due Date for Court-Appointed Expert Witness Materials. After careful consideration, the Court is of the opinion that the requested Extension of Due Date for Court-Appointed Expert Witness Materials should be GRANTED.

Accordingly, it is hereby ORDERED that the due date for providing Dr. David A. Hodges with the court-appointed expert materials is hereby extended by one week to June 2, 2008.

IT IS SO ORDERED.

*/s/ Claudia Wilken*    6/11/08
Claudia Wilken
United States District Judge