UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED ET AL, | Case No. C06-6613 CW (JCS) |
| Plaintiff(s), | **ORDER GRANTING IN PART, DENYING IN PART DEFENDANT'S MOTION TO COMPEL REQUESTS FOR ADMISSIONS [Docket No. 315]** |
| v. | |
| NANYA TECHNOLOGY CORP. ET AL, | |
| Defendant(s). | |

On June 9, 2008, a Joint Letter Brief Regarding Defendant's Motion to Compel Requests for Admissions (the "Motion") was filed.

On June 12, 2008, a telephonic hearing was held on the Motion. Michael Shore and Alfonso Chan, counsel for Plaintiff, appeared. Michael Murray, Chris Chalsen and Larry Kass, counsel for Defendants, appeared.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT the Motion is GRANTED IN PART AND DENIED IN PART. The Motion is DENIED as to the Defendants' Tenth Set of Requests for Admission, and the Eleventh Set of Requests for Admission. The Motion is GRANTED as to Defendants' Twelfth Set of Requests for Admission which shall be answered when Fujitsu serves their expert report on the subject of the Twelfth Set of Requests for Admission in October. As to the portion of the case that is not stayed, each party is limited to 100 more document requests and 100 more requests for admissions without further Order of the Court.

IT IS SO ORDERED.

Dated: June 17, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge