IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJITSU LIMITED, a Japanese corporation, and FUJITSU MICROELECTRONICS AMERICA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>NANYA TECHNOLOGY CORP., a Taiwanese corporation, and NANYA TECHNOLOGY CORP., U.S.A., a California corporation,<br><br>        Defendants.<br>_____/ | No. C 06-6613 CW<br><br>ORDER CONCERNING ADDITIONAL INSTRUCTIONS FOR COURT-APPOINTED EXPERT |

   Dr. Hodges, the Court-appointed expert in this case, has sent an email to the Court raising questions about his responsibilities. He states that, although the parties have sent him various materials, and although he is familiar with the technology in dispute, he has not been appraised of "the details of the parties' respective patent claims, possible prior art, details concerning specific products, nor the Court's expectations about [his] preparation."  Accordingly, he requests additional guidance from the Court.

1   The parties are ordered to provide Dr. Hodges with a joint
2   statement setting forth a summary of their infringement claims and
3   defenses, and providing an overview and background information
4   sufficient to convey an understanding of the issues being
5   litigated.  In particular, the statement should advise Dr. Hodges
6   in specific terms of the issues on which he is expected to provide
7   his expert opinion.  It may refer Dr. Hodges to material that has
8   already been provided to him, in order to alert him of the location
9   of specific information he will need to consider.  The parties must
10  provide this joint statement to Dr. Hodges within two weeks of the
11  date of this order.

12  The Court clarifies that, among other things, Dr. Hodges is
13  expected to prepare a report containing his opinions and the
14  reasons therefor.  The report need not be in any particular format,
15  but it should address all of the issues raised in the joint
16  statement described above.  Dr. Hodges may look to the parties'
17  experts' reports for guidance when deciding on the format and
18  content of his own report.

19  Dr. Hodges is referred to pages four through six of the
20  Court's "Order Concerning Duties and Instructions for
21  Court-appointed Expert Dr. David A. Hodges," dated May 5, 2008, for
22  additional information concerning his duties.  A copy of that order
23  is attached.

24  IT IS SO ORDERED.

Dated: 6/26/08

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FUJITSU LIMITED ET AL et al,

       Plaintiff,

v.

NANYA TECHNOLOGY CORP. ET AL et al,

       Defendant.

Case Number: CV06-06613 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David A. Hodges
1272 Queens Road
Berkeley, CA  94708-2141

Dated: June 26, 2008

                   Richard W. Wieking, Clerk
                   By: Sheilah Cahill, Deputy Clerk

3