UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> *Plaintiffs*, <br><br> -against- <br><br> NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> *Defendants*. | Case No.  4:06-CV-06613 (CW) (JCS) <br>  4:07-CV-03672 (CW) <br>  4:08-CV-01254 (CW) <br><br> **ORDER <mark>CONFIRMING</mark> DUE DATE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT [4:08-CV-01254 DKT NO. 16]** |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> *Third-Party Plaintiff*, <br><br> -against- <br><br> KLA-TENCOR CORPORATION, <br><br> *Third-Party Defendant*. | |
| KLA-TENCOR CORPORATION, <br><br> *Plainitff*, <br><br> -against- <br><br> FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> *Defendants*. | |

[PROPOSED] ORDER CHANGING DUE DATE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT 4:06-CV-06613 (CW)

1  Having considered the Stipulated Request for an Order to Change the Due Date for
2  Plaintiffs' Reply in Support of Plaintiffs' Motion to Dismiss Complaint, the court has determined
3  the requested extension of time should **not** be granted.  The Reply due date for Fujitsu's Motion
4  to Dismiss Complaint is **two weeks before the motion is heard to give the Court sufficient**
5  **time to consider it**.
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7/24/08

Dated: _____

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER CHANGING DUE DATE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT 4:06-CV-06613 (CW)