# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

———

212-530-5000

FAX: 212-530-5219

| | | |
|---|---|---|
| **LOS ANGELES**<br>213-892-4000<br>FAX: 213-629-5063 | | **BEIJING**<br>8610-5123-5120<br>FAX: 8610-5123-5191 |
| **WASHINGTON, D.C.**<br>202-835-7500<br>FAX: 202-835-7586 | | **HONG KONG**<br>852-2971-4888<br>FAX: 852-2840-0792 |
| **LONDON**<br>020-7615-3000<br>FAX: 020-7615-3100 | **MICHAEL M. MURRAY**<br>PARTNER<br>DIRECT DIAL NUMBER<br>212-530-5424<br>FAX: 212-822-5424 | **SINGAPORE**<br>65-6428-2400<br>FAX: 65-6428-2500 |
| **FRANKFURT**<br>49-69-71914-3400<br>FAX: 49-69-71914-3500 | | **TOKYO**<br>813-3504-1050<br>FAX: 813-3595-2790 |
| **MUNICH**<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | | |

September 3, 2008

/
Honorable Magistrate Judge Joseph C. Spero
United States District Court
San Francisco Division
450 Golden Gate Ave.
15th Floor, Courtroom A
San Francisco, CA 94102

      Re:   *Fujitsu Ltd., et al. v. Nanya Technology Corp. et al.*, No. C 06-CV-06613 CW and *KLA Tencor Corp v. Fujitsu Ltd. et al.*, No. C 08-01254 CW

Dear Judge Spero:

    We represent Fujitsu Ltd. et al. ("Fujitsu") in the consolidated cases identified above and are writing to request cancellation of a discovery conference scheduled for September 5, 2008.

    A settlement has recently been reached between Fujitsu and Nanya Technology Corp. ("Nanya"). Fujitsu expects that a stipulation of dismissal of the consolidated cases will be filed shortly. Accordingly, we believe it would be appropriate to cancel the upcoming discovery conference, which was to address the scope of discovery from third-party defendant KLA Tencor Corp. ("KLA"), as the issues have become moot. We have conferred with counsel for KLA concerning the cancellation of the discovery conference and KLA agrees that the conference should be cancelled.

    We appreciate the Court's attention to this matter.

                                      Sincerely,

                                      Michael M. Murray

cc:   Christopher E. Chalsen, Esq.
       Robert Harkins, Esq. (counsel for KLA)
       Alfonso Chan, Esq. (counsel for Nanya)

MMM:smm

Dated: 9/3/08

**IT IS SO ORDERED**
Judge Joseph C. Spero
*(United States District Court, Northern California seal)*