Counsel names and contact information are found on the signature pages.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Defendants. | Case No.  4:06-CV-06613 (CW) <br> 4:07-CV-03672 (CW) <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A., <br><br> Cross-Plaintiffs, <br><br> -against- <br><br> KLA-TENCOR CORP. <br><br> Cross-Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
4:06-CV-06613 (CW),  4:07-CV-03672 (CW)

# STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS Fujitsu Limited, Fujitsu Microelectronics America, Inc., Nanya Technology Corp. and Nanya Technology Corp. U.S.A. desire to dismiss this suit pursuant to a Settlement Agreement dated September 2, 2008;

NOW THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), the undersigned parties agree and stipulate that:

1. The undersigned parties dismiss their claims and counterclaims against each other, with prejudice, except to the extent that KLA-Tencor Corp.'s Answer may be construed as asserting claims against Fujitsu Limited and/or Fujitsu Microelectronics America, Inc., KLA-Tencor Corp. dismisses such claims without prejudice; and

2. Each of the undersigned parties shall bear its own costs and attorneys' fees as between itself and the other undersigned parties.

AGREED TO:

Dated:  September 5, 2008

_____/s/_____
Milbank, Tweed, Hadley & McCloy LLP
Mark C. Scarsi (SBN 183926)
Chris L. Holm (SBN 249388)
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017-5735
Telephone:   (213) 892-4000
Facsimile:    (212) 822-5796

Milbank, Tweed, Hadley & McCloy LLP
Christopher E. Chalsen (*Pro Hac Vice*)
Michael M. Murray (*Pro Hac Vice*)
Lawrence T. Kass (*Pro Hac Vice*)
1 Chase Manhattan Plaza
New York, NY  10005
Telephone:   (212) 530-5000
Facsimile:    (212) 822-5796

*Attorneys for*
FUJITSU LIMITED and FUJITSU
MICROELECTRONICS AMERICA, INC.

Dated: September 5, 2008                    _____/s/_____
FLIESLER MEYER LLP
Martin C. Fliesler (SBN 073768)
Rex Hwang (SBN 221079)
Justin Geringson (SBN 240182)
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017-5735
Telephone:    (213) 892-4000
Facsimile:    (212) 822-5796

*Attorneys for*
NANYA TECHNOLOGY CORP. and
NANYA TECHNOLOGY CORP. U.S.A.

Dated: September 5, 2008                    _____/s/_____
HOWREY LLP
Henry C. Bunsow (SBN 060707)
K.T. Cherian (SBN 133967)
Robert M. Harkins, Jr. (SBN 179525)
Vinay V. Joshi (SBN 213487)
525 Market Street, Suite 3600
San Francisco, CA  94105
T:  (415) 848-4900
F:  (415) 848-4999

*Attorneys for*
KLA-TENCOR CORP.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/5/08                              _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

I, Chris L. Holm, counsel for Fujitsu, have authorization from Martin Fliesler, counsel for Nanya, and Robert Harkins, counsel for KLA-Tencor to sign and ECF-file this Stipulation on their behalf.

_____/Chris L. Holm/_____

-- 2 --
**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
4:06-CV-06613 (CW),  4:07-CV-03672 (CW)